Clinton Eugene
**WOODROME, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42103.**

Missouri Court of Appeals,
Western District.

Feb. 27, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 1990.

David S. Durbin, Appellate Defender, Terri L. Backhus, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and SHANGLER and TURNAGE, JJ.

ORDER

PER CURIAM.

Appeal from denial of a 29.15 motion. Judgment affirmed. Rule 84.16(b).